3:25mj41

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

FILED
APR 18 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

I, Jeremy M. Wasser, being duly sworn, depose and say:

1. I am a Special Agent with Homeland Security Investigations (HSI) within the Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS) and have been so employed since January 2019. As a Special Agent (SA) with HSI, I am authorized to investigate crimes involving violations of federal law, to include Chapter 12 of Title 8 of the United States Code (U.S.C.). Prior to becoming an HSI Special Agent, I served as a Criminal Investigator with the Department of Defense (DOD), Pentagon Force Protection Agency (PFPA) from March 2015 to January 2019. I also served as an ICE Deportation Officer in Richmond, Virginia from December 2009 to March 2015, and a United States Border Patrol Agent in El Paso, Texas from August 2007 to December 2009.

2. I am a graduate of the Federal Law Enforcement Training Center (FLETC) located in Glynco, Georgia. At FLETC, I was trained in, among other things, criminal investigative techniques and immigration investigations. While working for HSI, I have conducted and participated in investigations of violations of federal law including alien smuggling and reentry of previously removed aliens. I am empowered by law to investigate and make arrests of federal law and to execute warrants issued under the authority of the United States.

3. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other agents involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during this investigation.

4. This Affidavit contains information necessary to support probable cause for this application. This Affidavit is not intended to include each, and every fact and matter observed by me or known to the Government.

## RELEVANT STATUTORY PROVISIONS

5. Based on the facts set forth in this Affidavit, there is probable cause to believe that a criminal violation of 8 U.S.C. § 1326(a), Reentry of Removed Aliens, was committed by Alfredo DUBON-Navarro, a.k.a. Dubon NAVARRO, a.k.a. Denis ALFREDO DUBON-Navarro (hereafter, "DUBON-Navarro"), in the Eastern District of Virginia.

## PROBABLE CAUSE: Reentry of Removed Aliens

6. On August 27, 2015, DUBON-Navarro was arrested by the United States (U.S.) Border Patrol near Roma, Texas for illegally entering the United States from Mexico, at a time and place other than designated by the Secretary of the Department of Homeland Security. DUBON-Navarro claimed in a sworn statement, DHS Form I-867A/B, that he was a citizen and national of Mexico by virtue of his birth in Puebla, Mexico. Additionally, DUBON-Navarro was issued Alien Registration Number (A#) 208 382 358 and was processed for Expedited Removal.

7. DUBON-Navarro was issued a final order of removal via DHS Form I-860, Notice and Order of Expedited Removal, and was subsequently removed from the United States to Mexico at the Hidalgo, Texas port of entry (POE). Prior to his removal, DUBON-Navarro was instructed not to return to the United States for a period of 5 years without the permission from the U.S. Attorney General and/or the Secretary of the Department of Homeland Security.

8. On September 05, 2015, DUBON-Navarro was arrested by the U.S. Border Patrol near Rio Grande City, Texas for illegally entering the United States from Mexico, at a time and place other than designated by the Secretary of the Department of Homeland Security. DUBON-

Navarro's previous final order of removal under A# 208 382 358 was reinstated via DHS Form I-871, Reinstatement of Prior order of Removal, on September 7, 2015.

9. On September 8, 2015, DUBON-Navarro was removed from the United States to Mexico at the Hidalgo, Texas port of entry (POE). Prior to his removal, DUBON-Navarro was instructed not to return to the United States for a period of 20 years without permission from the U.S. Attorney General and/or the Secretary of the Department of Homeland Security.

10. On an unknown date and at an unknown location, DUBON-Navarro illegally reentered the United States without the advanced permission from the U.S. Attorney General and/or the Secretary of the Department of Homeland Security.

11. On July 4, 2019, DUBON-Navarro was encountered by Immigration and Customs Enforcement (ICE) Deportation Officers at the Henrico County Jail located in the Eastern District of Virginia. DUBON-Navarro was in local custody due to an arrest for Assault and Battery- Family Member. DUBON-Navarro was subsequently found guilty on August 19, 2019, and sentenced to 364 days' incarceration. Upon his release, ICE Deportation Officers arrested DUBON-Navarro and once again reinstated his original final order of removal via the DHS Form I-871. During processing, DUBON-Navarro readily admitted to ICE officers that he previously misrepresented himself to be a Mexican citizen and stated that he is in fact a citizen and national of El Salvador by virtue of his birth in Tecoluca, San Vicente, El Salvador.

12. On August 30, 2019, DUBON-Navarro was removed from the United States to El Salvador via the ICE Air Unit. Prior to his removal, DUBON-Navarro was instructed not to return to the United States for a period of 20 years without permission from the U.S. Attorney General and/or the Secretary of the Department of Homeland Security.

13. On an unknown date and at an unknown location, DUBON-Navarro illegally reentered the United States without the advanced permission from the U.S. Attorney General and/or the Secretary of the Department of Homeland Security.

14. On April 06, 2025, ICE was notified of an Immigration Alien Query (IAQ) being conducted on DUBON-Navarro's biographical information by local law enforcement. DUBON-Navarro was being queried due to an arrest for Driving While Intoxicated- 1st Offense in Henrico County, Virginia. DUBON-Navarro was arrested and charged on April 05, 2025, and was released from local custody prior to ICE officers being notified. DUBON-Navarro was encountered by local law enforcement in the Eastern District of Virginia.

15. A review of DUBON-Navarro's electronic case file and DHS law enforcement databases indicate that DUBON-Navarro did not apply for or obtain advanced permission from the U.S. Attorney General and/or the Secretary of the Department of Homeland Security prior to reentering the United States.

## CONCLUSION

16. Based on the foregoing, I submit that there is probable cause for the arrest of Alfredo DUBON-Navarro for Illegal Reentry of a Removed Alien in violation of 8 U.S.C. §1326(a).

_____
Jeremy M. Wasser, Special Agent
United States Department of Homeland Security
Homeland Security Investigations

Sworn to and subscribed to before me on this 18th day of April 2025
Richmond, Virginia

_____
/s/
Hon. Summer L. Speight
United States Magistrate Judge